**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-33-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| MARTHA MAE MITCHELL, | |
| Defendant. | |

## I.  Synopsis

Defendant Martha Mae Mitchell (Mitchell) has been accused of violating

the conditions of her supervised release.  Mitchell admitted all of the alleged

violations.  Mitchell's supervised release should be revoked.  Mitchell should be

placed in custody for 6 months, with no supervised release to follow.

## II.  Status

Mitchell pleaded guilty to Assault Resulting in Serious Bodily Injury on

July 16, 2013.  (Doc. 32).  The Court sentenced Mitchell to 63 months of custody,

followed by 3 years of supervised release.  (Doc. 40).  Mitchell's current term of

supervised release began on July 6, 2020.  (Doc. 65 at 2).

**Petition**

The United States Probation Office filed a Second Amended Petition on

August 2, 2022, requesting that the Court revoke Mitchell's supervised release. (Doc. 71). The Second Amended Petition alleged that Mitchell had violated the conditions of her supervised release: 1) by using methamphetamine; 2) by failing to report for substance abuse treatment; 3) by failing to report for substance abuse testing; 4) by failing to reside at a place approved by her probation officer; and 5) by committing another crime.

**Initial appearance**

Mitchell appeared before the undersigned for her initial appearance on August 4, 2022. Mitchell was represented by counsel. Mitchell stated that she had read the petition and that she understood the allegations. Mitchell waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on August 4, 2022. Mitchell admitted that she had violated the conditions of his supervised release: 1) by using methamphetamine; 2) by failing to report for substance abuse treatment; 3) by failing to report for substance abuse testing; 4) by failing to reside at a place approved by her probation officer; and 5) by committing another crime. The violations are serious and warrant revocation of Mitchell's supervised release.

Mitchell's violations are Grade C violations.  Mitchell's criminal history category is IV.  Mitchell's underlying offense is a Class C felony.  Mitchell could be incarcerated for up to 24 months.  Mitchell could be ordered to remain on supervised release for up to 28 months, less any custody time imposed.  The United States Sentencing Guidelines call for a term of custody of 6 to 12 months.

### III.  Analysis

Mitchell's supervised release should be revoked.  Mitchell should be incarcerated for 6 months, with no supervised release to follow.  This sentence is sufficient but not greater than necessary.

### IV.  Conclusion

The Court informed Mitchell that the above sentence would be recommended to Chief United States District Judge Brian Morris.  The Court also informed Mitchell of her right to object to these Findings and Recommendations within 14 days of their issuance.  The Court explained to Mitchell that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose. The Court also informed Mitchell of her right to allocute before Judge Morris.

The Court **FINDS:**

Martha Mae Mitchell violated the conditions of her supervised release: by using methamphetamine; by failing to report for substance abuse treatment; by failing to report for substance abuse testing; by failing to reside at a place approved by her probation officer; and by committing another crime.

The Court **RECOMMENDS:**

The District Court should revoke Mitchell's supervised release and commit her to the custody of the United States Bureau of Prisons for 6 months, with no supervised release to follow.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C. § 636(b)(1).  A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations.  Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 5th day of August, 2022.

John Johnston
United States Magistrate Judge

4